Harold James BROWN

v.

STATE

CR-13-0242

Court of Criminal Appeals of Alabama.

01/09/2015

Reh. denied

Sylvester DAVIS, Jr.

v.

STATE

CR-13-0266

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Brickie Danny BISHOP

v.

STATE

CR-13-0250

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

CESAR ROCHA

v.

STATE

CR-13-0271

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed